# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0593
Lower Tribunal No. 22-CF-017413

_____

ROBERTO NAVARRO-RIVERA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Margaret O. Steinbeck, Judge.

June 23, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and KAMOUTSAS, JJ., concur.


Blair Allen, Public Defender, and Maura J. Kiefer, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Clara V. Murga and Analise V. Walker, Assistant Attorneys General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED